UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CLARENCE DOUGLAS COAKLEY                                        PETITIONER

VS.                                  CIVIL ACTION NO. 5:08-cv-176-DCB-MTP

BRUCE PEARSON, Warden                                           RESPONDENT

FINAL JUDGMENT

This cause having come before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation of February 19, 2009 **[docket entry 10]**, recommending that Clarence Coakley's petition **[docket entry no. 1],** brought pursuant to 28 U.S.C. § 2241, be dismissed with prejudice for lack of jurisdiction. The Court having adopted in full said Report and Recommendation over the Objection of the plaintiff following a de novo review of those portions of the Report and Recommendation to which the plaintiff objected; accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that Clarence Coakley's petition **[docket entry no. 1]**, brought pursuant to 28 U.S.C. § 2241, is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 29th day of May 2009.

                                        s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE